## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TEXAS ENVIRONMENTAL JUSTICE
ADVOCACY SERVICES, et al.,

                     Plaintiffs,

      v.

DONALD TRUMP, et al.

                    Defendants.

Civil No. 1:25-cv-03745

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Defendants move to dismiss Plaintiffs' Complaint (Dkt. No. 1) in the above-captioned action pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. This Motion is based on the accompanying Memorandum and argument that may be presented at any hearing on this Motion. For the reasons provided in the accompanying Memorandum, Defendants respectfully request that the Court grant their motion to dismiss and dismiss Plaintiffs' Complaint without prejudice.

Dated:  January 29, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

ROBERT N. STANDER
Deputy Assistant Attorney General
Environment & Natural Resources Division

HALI KERR
Attorney-Advisor
EPA Office of General Counsel
Washington, DC

/s/ *DanielJMartin*
DANIEL J. MARTIN
LAURA BROWN
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-1869
Daniel.Martin3@usdoj.gov