UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEXAS ENVIRONMENTAL JUSTICE ADVOCACY SERVICES, et al.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>DONALD TRUMP, et al.<br><br>　　　　　　　Defendants. | Civil No. 1:25-cv-03745 |

**[PROPOSED] ORDER**

　　This matter comes before the Court on Defendants' Motion to Dismiss the Complaint. It is hereby ORDERED that Defendants' Motion is GRANTED, and the Complaint is dismissed without prejudice.

　　IT IS SO ORDERED.

Dated: _____, 2026

_____
**The Honorable Christopher R. Cooper
United States District Judge**