UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEXAS ENVIRONMENTAL JUSTICE ADVOCACY SERVICES, et al., <br><br>        **Plaintiffs,** <br>  v. <br><br> **DONALD TRUMP, et al.** <br><br>       **Defendants.** | Civil No. 1:25-cv-03745-CRC |

### UNITED STATES' MOTION TO CONSOLIDATE CASES, DESIGNATE LEAD CASE, AND PLACE REMAINING CASES IN ABEYANCE

The United States respectfully moves the Court to consolidate *t.e.j.a.s. et al., v. Trump*, *et al.*, 1:25-cv-03745-CRC (D.D.C.), *Greater-Birmingham Alliance to Stop Pollution et al., v. Trump, et al.*, 1:25-cv-04469-CRC (D.D.C.), *Minnesota Center for Environmental Advocacy et al., v. Trump, et al.*, 1:26-cv-00287-CRC (D.D.C.), and *CleanAire NC, et al. v. Trump, et al.*, 1:26-cv-00233-CRC (D.D.C.). The United States further moves to designate *t.e.j.a.s.* as the lead case and place the remaining three cases in abeyance pending the Court's resolution of Defendants' motion to dismiss in *t.e.j.a.s*.

//

- 2 -

Dated: February 20, 2026

                                                          Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

ROBERT N. STANDER
Deputy Assistant Attorney General
Environment & Natural Resources Division

| | |
|---|---|
| HALI KERR<br>Attorney-Advisor<br>EPA Office of General Counsel<br>Washington, DC | /s/ *DanielJMartin*<br>DANIEL J. MARTIN<br>LAURA J. BROWN<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044<br>(202) 598-1869 |