**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TEXAS ENVIRONMENTAL JUSTICE ADVOCACY SERVICES, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) Civil Action No. 1:25-cv-03745-CRC ) |
| v. | ) ) |
| DONALD TRUMP, *et al.*, | ) ) |
| *Defendants*. | ) ) |

## RESPONSE IN OPPOSITION TO EXTENSION MOTION

Plaintiffs oppose Defendants' extension motion because we do not agree that Defendants are entitled to a reply in support of their cross-motion for summary judgment. We take that position for two reasons.

First, the court-ordered briefing schedule does not contemplate yet another brief. *See* Minute Order (March 17, 2026) (setting briefing schedule, with last deadline of May 22, 2026, for t.e.j.a.s. Plaintiffs' reply and other plaintiffs' "consolidated sur-reply"). On Defendants' motion to consolidate cases and following a hearing, the Court entered the revised briefing schedule to resolve Plaintiffs' motion for summary judgment and Defendants' motion to dismiss as to *t.e.j.a.s. v. Trump*, Case No. 1:25-3745, and, as to the issues in Parts I and II of Defendants' motion as to the three consolidated cases, *GASP v. Trump*, Case No. 1:25-cv-4469, *CleanAire NC v. Trump*, Case No. 1:26-cv-0233, and *MCEA v. Trump*, Case No. 1:26-cv-0287. Defendants did not seek leave to alter that schedule.

Second, the only basis for summary judgment Defendants have offered is "the arguments above and in the motion to dismiss," summarized in one half-page paragraph of their combined response and reply brief. Defs.' Resp. 36, Dkt. 58-1. Indeed, by Defendants' own framing, the putative cross-motion for summary judgment is "in the alternative" to their motion to dismiss

1

and response in opposition to Plaintiffs' motion for summary judgment. *See* Defs.' Cross-Mot. for Summ. J., Dkt. 57 ("Defendants hereby reply in support of their Motion to Dismiss (Dkt. No. 34) and Oppose Plaintiffs' Cross-Motion for Summary Judgment (Dkt. No. 41). In the alternative, pursuant to Federal Rule of Civil Procedure 56, Defendant cross-moves for summary judgment on Plaintiffs' claim."). Defendants also did not file any facts in support of the cross motion per Federal Rule of Civil Procedure 56 and Local Rule 7(h).[1] Defendants cannot raise any new arguments on reply, *McBride v. Merrell Dow & Parm., Inc.*, 800 F.2d 1208, 1210 (D.C. Cir. 1986), and allowing them a third brief to rehash their "purely legal" arguments, Defs.' Resp. 26, is unwarranted and unfair to Plaintiffs.

For these reasons, the Court should deny Defendants' extension motion and strike any reply brief Defendants file.

---

[1] Plaintiffs filed their reply brief twice on the docket, including in response to Defendants' docketed motion for summary judgment event, to prevent any implication that we do not oppose Defendants' in-the-alternative request for summary judgment.

DATED: May 26, 2026

/s/ Adam Kron
Adam Kron (D.C. Bar No. 992135)
Sage Lincoln (D.C. Bar No. 90042038)
Earthjustice
1250 I St. NW, Fourth Floor
Washington, D.C. 20005
akron@earthjustice.org
slincoln@earthjustice.org
Tel: (202) 794-8039

*Counsel for Plaintiffs Texas Environmental
Justice Advocacy Services,
Air Alliance Houston, Concerned Citizens
of St. John, Louisiana Environmental
Action Network, RISE St. James Louisiana,
and Sierra Club*

/s/ Abel Russ
Abel Russ (D.D.C. Bar No. 1007020)
Environmental Integrity Project
888 17th St. NW, Suite 810
Washington, DC 20006
aruss@environmentalintegrity.org
Tel: (802) 482-5379

*Counsel for Plaintiff Environmental
Integrity Project*

Respectfully submitted,

/s/ Sarah A. Buckley
Sarah A. Buckley (D.C. Bar No. 90035401)
Natural Resources Defense Council, Inc.
1152 15th St. NW, Suite 300
Washington, D.C. 20005
sbuckley@nrdc.org
Tel: (202) 836-9555

*Counsel for Plaintiffs Natural Resources
Defense Council and Environmental Justice
Health Alliance for Chemical Policy Reform*

/s/ Rosalie Winn*
Rosalie Winn (Colorado Bar No. 52662)
Leah Fattor (Colorado Bar No. 61031)*
Environmental Defense Fund
2060 Broadway, Suite 300
Boulder, CO 80302
rwinn@edf.org
lfattor@edf.org
Tel: (303) 447-7212
*Admitted pro hac vice*

/s/ Samantha Liskow
Samantha Liskow, (D.D.C. Bar No. NY0687)
Environmental Defense Fund
257 Park Avenue South
New York, NY 10010
sliskow@edf.org
Tel: (212) 616-1247

*Counsel for Plaintiff Environmental Defense
Fund*

**CERTIFICATE OF SERVICE**

I certify that on May 26, 2026, I electronically filed the foregoing with the Clerk of the

Court by using the Court's CM/ECF system.

/s/ *Sarah A. Buckley*
Sarah A. Buckley (D.C. Bar. No. 90035401)
Natural Resources Defense Council, Inc.
1152 15th St. NW, Suite 300
Washington, D.C. 20005
Tel: (202) 836-9555
sbuckley@nrdc.org