**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TEXAS ENVIRONMENTAL JUSTICE ADVOCACY SERVICES, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD TRUMP, *et al.*,<br><br>*Defendants*. | ) | Civil Action No. 1:25-cv-03745-PLF |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF RELATED PRESIDENTIAL ACTION**

Plaintiffs hereby respond to Defendants' Notice of Related Presidential Action (Dkt. 68), which notified the Court of an additional presidential proclamation that exempted 20 facilities from "all compliance deadlines established under the HON Rule." 91 Fed. Reg. 44719 (July 16, 2026) ("2026 HON Proclamation"). This latest proclamation was published on the White House's website on July 13, 2026, a mere two days before the July 15, 2026, deadline for petrochemical manufacturers regulated by the HON Rule to comply with new risk-based requirements to abate ethylene oxide and chloroprene emissions, and to begin fenceline monitoring for those and four other extremely toxic carcinogens, including vinyl chloride and 1,3-butadiene. Defs.' Statement of Material Facts ¶¶ 7, 8, 60, 111, 142 ("Defs.' Material Facts") (Dkt. 58-1). With this second proclamation, 70 facilities, or one-third of the regulated source categories, are now excused from complying with the 2024 HON Rule.

Contrary to Defendants' assertion that this proclamation does not affect any analysis in this case, Plaintiffs respond that it is relevant for the following reasons. The 2026 HON Proclamation—the eighth proclamation under Section 7412(i)(4) the President has issued since

April 2025—underscores Plaintiffs' arguments that the 2025 HON Proclamation is pretextual. *See* Pls.' Mot. for Summ. J. 38-39 (Dkt. 41-1). The new proclamation's text is identical to the 2025 HON Proclamation. *Compare* 90 Fed. Reg. 34587-88 (July 23, 2025), *with* 91 Fed. Reg. 44719-20.[1] It exempted 20 facilities from "all compliance deadlines" under the HON Rule mere days ahead of the July 15 deadlines with the same sweeping, non-specific statements that fail to make any facility-, standard-, or technology-specific determinations. *See* 91 Fed. Reg. at 44719; Pls.' Mot. 37-43.

Moreover, the 2026 HON Proclamation further refutes Defendants' assertion that such exemptions represent a minor power unworthy of judicial review. *See* Pls.' Reply 4 (Dkt. 61). The President's repeated invocation of Section 7412(i)(4) to allow now nearly 250 major industrial sources of toxic air pollution to avoid complying with the law shows the opposite. Judicial review is available and needed to discern and enforce the boundaries of the President's power.

[1] The text of the two proclamations are identical, except that the 2026 HON Proclamation added the phrase "in the HON Rule" to the middle of the third paragraph. *See* 91 Fed. Reg. at 44719.

DATED: July 23, 2026

Respectfully submitted,

/s/ *Sage Lincoln*
Sage Lincoln (D.C. Bar No. 90042038)
Adam Kron (D.C. Bar No. 992135)
Earthjustice
1250 I Street NW, Fourth Floor
Washington, D.C. 20005
slincoln@earthjustice.org
akron@earthjustice.org
Tel: (202) 794-8039

*Counsel for Plaintiffs Texas Environmental Justice Advocacy Services, Air Alliance Houston, Concerned Citizens of St. John, Louisiana Environmental Action Network, RISE St. James Louisiana, and Sierra Club*

Sarah A. Buckley (D.C. Bar No. 90035401)
Natural Resources Defense Council, Inc.
1152 15th Street NW, Suite 300
Washington, D.C. 20005
sbuckley@nrdc.org
Tel: (202) 836-9555

*Counsel for Plaintiffs Natural Resources Defense Council and Environmental Justice Health Alliance for Chemical Policy Reform*

Abel Russ (D.D.C. Bar No. 1007020)
Environmental Integrity Project
888 17th Street NW, Suite 810
Washington, DC 20006
aruss@environmentalintegrity.org
Tel: (802) 482-5379

*Counsel for Plaintiff Environmental Integrity Project*

Rosalie Winn (Colorado Bar No. 52662)*
Leah Fattor (Colorado Bar No. 61031)*
Environmental Defense Fund
2060 Broadway, Suite 300
Boulder, CO 80302
rwinn@edf.org
lfattor@edf.org
Tel: (303) 447-7212
**Admitted pro hac vice*

Samantha Liskow, (D.D.C. Bar No. NY0687)
Environmental Defense Fund
257 Park Avenue South
New York, NY 10010
sliskow@edf.org
Tel: (212) 616-1247

*Counsel for Plaintiff Environmental Defense Fund*

**CERTIFICATE OF SERVICE**

I certify that on July 23, 2026, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system.

/s/ *Sage Lincoln*
Sage Lincoln (D.C. Bar No. 90042038)
Earthjustice
1250 I Street NW, Fourth Floor
Washington, D.C. 20005
slincoln@earthjustice.org
Tel: (202) 830-3311